IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02117-ZLW

SHERMAN JAMES SCHUETT,
    Plaintiff,

v.

TIMOTHY STOVER - Littleton P.D.,
RICK L. YOUNG - Littleton P.D.,
D.M. JONES - Englewood P.D.,
JOHN DOE (1), Lone Tree P.D.
JOHN DOE (2), Lone Tree P.D.,
JOHN DOE (3), Lone Tree P.D.,
JOHN DOE (4), Lone Tree P.D.,
LONE TREE P.D. - OFFICERS,
TAMMY KATANA,
JUDGE TOBIAS - Littleton Dist. Ct.,
CAROLYN CHAMBERS - Arapahoe County Dist. Atty.,
CHIEF OF POLICE - Lone Tree,
CHIEF OF POLICE - Englewood,
CHIEF OF POLICE - Littleton,
CITY OF LONE TREE,
DETECTIVE GIAGOS - Lone Tree P.D.,
CITY OF ENGLEWOOD,
CITY OF LITTLETON,
SPRINGER AND STEINBERG, and
HARVEY STEINBERG, ESQ., P.C.
    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 1 7 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's request for a refund of the partial filing fee payment he made on December 22, 2006, in the amount of $16.00, after this action was dismissed, is DENIED. As Plaintiff was informed in the October 24, 2006, order to commence, "[p]laintiff shall be required to pay the full amount of the required $350.00 filing fee . . . regardless of the outcome of this action." *See* October 24 order at 2.

Dated: January 17, 2007

Copies of this Minute Order mailed on January 17, 2007, to the following:

Sherman Schuett
Prisoner No. 60586
DRDC - 3A-310
PO Box 392004
Denver, CO 80239

_____
Secretary/Deputy Clerk